**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Magistrate Judge David L. West**

**Civil Action No. 04-CV-01099-JLK-DLW**
**WOLF CREEK SKI CORPORATION, INC.,**

**Plaintiff,**

**vs.**

**LEAVELL-McCOMBS JOINT VENTURE, d/b/a**
**THE VILLAGE AT WOLF CREEK,**

**Defendant.**

---

**ORDER GRANTING JOINT MOTION SEEKING ORDER SETTING DEADLINE TO COMPLETE DEPOSITIONS, PRODUCE DOCUMENTS, SETTING DISPOSITIVE MOTIONS DEADLINE, AND SETTING PRETRIAL CONFERENCE**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

This Court, having reviewed the Joint Motion Seeking Order Setting Deadline to Complete Depositions, Produce Documents, Setting Dispositive Motions Deadline, and Setting Pretrial Conference;

**IT IS HEREBY ORDERED** that the joint motion is **GRANTED** and a deadline of January 30, 2006 is set for the Joint Venture and their agents to complete production of all remaining documents; a deadline of February 28, 2006, for the parties to complete all depositions in this case; a deadline of March 1, 2006, for dispositive motions; and a pretrial conference in early March, 2006.

**DATED: January 5, 2006**

**BY THE COURT:**

**s/David L. West**
**United States Magistrate Judge**