**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Civil Action No. 04-CV-01099-JLK-DLW
WOLF CREEK SKI CORPORATION, INC.,**

**Plaintiff,**

**vs.**

**LEAVELL-McCOMBS JOINT VENTURE, d/b/a
THE VILLAGE AT WOLF CREEK,**

**Defendant.**

---

**ORDER GRANTING JOINT VENTURE'S
MOTION FOR LEAVE TO FILE SURREPLY**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Defendant Leavell-McCombs Joint Venture d/b/a The Village at Wolf Creek's Motion for Leave to File Surreply is hereby GRANTED. The Joint Venture's Surreply shall be accepted for filing and considered by the Court as of the date of this Order.

**DATED: April 25, 2006**

        **BY THE COURT:**

        **s/David L. West
United States Magistrate Judge**