IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **04-cv-1099-JLK-DLW**

**WOLF CREEK SKI CORPORATION, INC.,**

    Plaintiff,

v.

**LEAVELL-McCOMBS JOINT VENTURE, d/b/a VILLAGE AT WOLF CREEK,**

    Defendant.

## ORDER

**Kane, J.**

With the concurrence of Chief Judge Babcock, it is ordered that this case be removed from the AP docket and assigned to me. The order of reference to Magistrate Judge West remains in full force and effect. Counsel of record and the Clerk of the Court are advised, that any additional related cases shall be assigned directly to me without processing through the AP docket procedure.

Dated this 23nd day of June, 2006.

                                                  BY THE COURT:

                                                  *S/John L. Kane*
                                                  JOHN L. KANE, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT