# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

### Magistrate Judge David L. West

**Civil Action No. 04-CV-01099-JLK-DLW**

**WOLF CREEK SKI CORPORATION, INC.,**

**Plaintiff,**

**vs.**

**LEAVELL-McCOMBS JOINT VENTURE, d/b/a
THE VILLAGE AT WOLF CREEK,**

**Defendant.**

---

## ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST

      Plaintiff, Wolf Creek's Motion for Leave to File Surreply in Opposition to Motion for Leave to Extend the Stipulated Motions Deadline to Permit Filing Motion for Summary Judgment was referred to the Magistrate Judge and after reviewing the motion and the Defendant, Leavell-McCombs Joint Venture's response;

      **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED** because it appears that the Defendant has raised new allegations in its Reply.

**DATED: August 21, 2006**

                                              **BY THE COURT:**

                                              **s/David L. West**
                                              **U. S. Magistrate Judge**