# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

Civil Action No. 04-CV-01099-JLK-DLW

**WOLF CREEK SKI CORPORATION, INC.,**

**Plaintiff,**

**vs.**

**LEAVELL-McCOMBS JOINT VENTURE, d/b/a THE VILLAGE AT WOLF CREEK,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Joint Venture's Unopposed Motion to Amend Stipulated Protective Order was referred to the Magistrate Judge by Judge John L. Kane on October 16, 2006 and after review;

**IT IS HEREBY ORDERED** that the Stipulated Amendment to Stipulated Protective Order executed by the parties is entered by the Court.

**DATED: October 17, 2006**

                                            **BY THE COURT:**

                                            **s/David L. West**

                                            **United States Magistrate Judge**