**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

Civil Action No. 04-CV-01099-JLK-DLW

**WOLF CREEK SKI CORPORATION, INC.,**

**Plaintiff,**

**vs.**

**LEAVELL-McCOMBS JOINT VENTURE, d/b/a**
**THE VILLAGE AT WOLF CREEK,**

**Defendant.**

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST

The Magistrate Judge received Defendant's Motion to Surreply to Plaintiff's Response to the Court's October 13, 2006 Minute Order.

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.

**DATED: October 30, 2006**

BY THE COURT:

s/David L. West

United States Magistrate Judge