IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-1099-JLK-DLW

WOLF CREEK SKI CORPORATION, INC.,

    Plaintiff,

v.

LEAVELL-McCOMBS JOINT VENTURE,
d/b/a THE VILLAGE AT WOLF CREEK,

    Defendant.

---

## ORDER

---

    This matter is before the Court on the Unopposed Motion to Withdraw Denise D. Riley As Counsel Of Record. Having reviewed the Motion and the record in this matter, the Court hereby GRANTS the Motion and directs that Ms. Riley be withdrawn as an attorney of record for Plaintiff Wolf Creek Ski Corporation, Inc.

    SO ORDERED this 28th day of September, 2007.

_____
BY THE COURT

\\\DE - 021735/000002 - 348225 v1