IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Case No. 04-cv-1099-JLK-DLW

**WOLF CREEK SKI CORPORATION, INC.,**

    Plaintiff,

v.

**LEAVELL-McCOMBS JOINT VENTURE, d/b/a VILLAGE AT WOLF CREEK,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant shall file a response to Plaintiff's *Daubert* Motion to Exclude the Testimony and Report of Defendant's Expert Lisa A. Meeer (Doc. 273) and Plaintiff's *Daubert* Motion to Exclude in Part the Testimony and Report of Defendant's Expert John A. Montgomery (Doc. 280) no later than **March 11, 2008**. Plaintiff shall file a reply in support of the cited motions no later than **March 26, 2008**. Oral argument on these motions will be heard on **April 11, 2008 in Durango** as stated in the Order on Motion to Bifurcate and Setting Pretrial Schedule (Doc. 271), entered February 20, 2008.

    The February 20 Order also stated that any motions in limine, objections to exhibits and objections to deposition designations were to be filed by the deadline stated in the Pretrial Order. This was a misstatement. The deadline for these filings is **March 14, 2008**, the date ordered by Magistrate Judge West at the January 23, 2008 Pretrial Conference and reported in the Minutes for that conference (Doc. 266).

Dated: February 21, 2008