IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Case No. 04-cv-1099-JLK-DLW

**WOLF CREEK SKI CORPORATION, INC.,**

    Plaintiff,

v.

**LEAVELL-McCOMBS JOINT VENTURE, d/b/a VILLAGE AT WOLF CREEK,**

    Defendant.

---

## ORDER

---

Kane, J.

This matter is before me on Defendant's Motion/Request for Clarification of

Minute Order Dated March 17, 2008 (Doc. 305), filed April 7, 2008.  To clarify the

Minute Order in question, it was and is my intent that all parties have the benefit of the

extension of time requested by Defendant and granted in the Minute Order.  Accordingly,

both parties were and are granted until April 5 (April 7 as a result of this date falling on a

Saturday) to file a response to any Motions in Limine, Objections to Deposition

Designations and Objections to Exhibits filed by the other party, and until April 16, 2008

to file a reply to these filings.  The Minute Order was not ambiguous in this regard.

Defendant also apparently seeks clarification on whether it is obligated to file

responses and replies to motions in limine, objections to exhibits and deposition

designations under the Minute Order, or whether it may reserve argument until the

May 8, 2008 hearing on these matters.  The Minute Order does not require the parties to

file responses and replies to any of the cited matters.  The intent in allowing for the

exchange of briefing before the hearing is to provide a process through which the parties

and the Court can identify and focus on the issues and objections raised in these filings

that are truly disputed and should be addressed at the May 8, 2008 hearing.  If the parties

do not choose to engage in this briefing, they must nevertheless continue to confer in

good faith to determine whether they can stipulate to resolution of any of the matters

raised in their motions and objections.  I will not waste the time of counsel or this Court

addressing matters at the hearing that can and should have been resolved by the parties

beforehand.

　　　　If Defendant wishes to file its Combined Response to Plaintiff's Objections to

Trial Exhibits and Designation of Deposition Testimony, attached as Exhibit B to its

Motion/Request for Clarification, it may do so no later than April 9, 2008.

　　　　IT IS SO ORDERED.

　　　　Dated this 8th day of April, 2008.

　　　　　　　　　　　　　　　　s/ John L. Kane
　　　　　　　　　　　　　　　　John L. Kane, Senior District Judge
　　　　　　　　　　　　　　　　United States District Court