IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1099-JLK-DLW**

**WOLF CREEK SKI CORPORATION, INC.,**

    Plaintiff,

v.

**LEAVELL-McCOMBS JOINT VENTURE, d/b/a THE VILLAGE AT WOLF CREEK,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Unopposed Motion for Leave to File Wolf Creek Ski Corporation, Inc.'s Amended Objections to Deposition Testimony, (doc. #313), filed April 8, 2008, is GRANTED. Plaintiff shall separately file its Amended Objections to Deposition Testimony so that this document may be properly recorded in the Court's docket.

Dated: April 9, 2008