IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Case No. 04-cv-1099-JLK-DLW

**WOLF CREEK SKI CORPORATION, INC.,**

  Plaintiff,

v.

**LEAVELL-McCOMBS JOINT VENTURE, d/b/a VILLAGE AT WOLF CREEK,**

  Defendant.

---

## ORDER OF DISMISSAL

---

Kane, J.

  This matter is before me on the parties' Stipulation of Dismissal (Doc. 329), filed June 2, 2008. Having reviewed the Motion and being fully advised of its premises, I ORDER this action, and each party's claims herein, DISMISSED with prejudice. Each party shall pay its own attorney fees and costs.

  Dated this 3rd day of June, 2008.

  s/ John L. Kane_____
  John L. Kane, Senior District Judge
  United States District Court